Entered on Docket
March 09, 2010

_____
Hon. Mike K. Nakagawa
United States Bankruptcy Judge

Joseph R. Ganley, Esq. (5643)
Jeffrey R. Hall, Esq. (9572)
HUTCHISON & STEFFEN, LLC
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, NV 89145
Tel:   (702) 385-2500
Fax:   (702) 385-2086
jganley@hutchlegal.com
jhall@hutchlegal.com

*Attorneys for interested party Estela Benavides*
*In conjunction with Legal Aid Center*
*of Southern Nevada Pro Bono Project*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: CARLOS YANEZ ) | Case No.: 07-18273-MKN |
| ) | Chapter:  13 |
| ) | |
| Debtor. ) | |
| ) | **ORDER GRANTING RELIEF FROM STAY** |
| ) | |
| ) | Date of Hearing: February 3, 2010 |
| ) | Time of Hearing: 9:30 a.m. |
| _____ ) | |

This matter having come on for hearing on February 3, 2010 at 9:30 a.m., and having been properly noticed, Interested Party, Estela Benavides ("Benavides") represented by Jeffrey R. Hall, Esq. of the law office of Hutchison & Steffen, LLC, there being no opposition to the motion, and good cause appearing:

1  IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the automatic stay imposed by 11 U.S.C. § 362 is hereby lifted such that Benavides may pursue setting aside the default judgment against her in *Carlos Yanez v. Estele V. Benavides*, Case No. A541870 ("Yanez matter") pending in Clark County District Court and pursue all counterclaims she is entitled to in that matter.

IT IS FURTHER ORDERED that the automatic stay imposed by 11 U.S.C. § 362 is hereby lifted such that the Yanez matter may be prosecuted to a final adjudication.

IT IS SO ORDERED.

Respectfully submitted by:

HUTCHISON & STEFFEN, LLC

/s/ Jeffrey R. Hall, Esq.
John T. Steffen (4390)
Jeffrey R. Hall (9572)
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, Nevada 89145

*Attorneys for interested party Estela Benavides*
*In conjunction with Legal Aid Center*
*of Southern Nevada Pro Bono Project*

- 2 -

## ALTERNATE METHOD Re: RULE 9021

In accordance with Local Rule 9021, the undersigned certifies:

In accordance with LR 9021, counsel submitting this document certifies as follows (check one):

___ The court has waived the requirement of approval under LR 9021.

___ No parties appeared or filed written objections, and there is no trustee appointed in the case.

_✓_ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document].

KATHLEEN A. LEAVITT
201 LAS VEGAS BLVD., SO. #200
LAS VEGAS, NV 89101
*Trustee*

Approved _✓_     Disapproved ___     Failed to Respond ___

_____
An Employee of Hutchison & Steffen, LLC

- 3 -